TIFFANY J. ISRAEL, State Bar No. 185723
  *tisrael@awattorneys.com*
ANTHONY R. TAYLOR, State Bar No. 208712
  *ataylor@awattorneys.com*
BRIAN WRIGHT-BUSHMAN, State Bar No. 306396
  *bwright-bushman@awattorneys.com*
ALESHIRE & WYNDER, LLP
18881 Von Karman Avenue, Suite 1700
Irvine, California 92612
Telephone: (949) 223-1170
Facsimile: (949) 223-1180

Attorneys for Defendants CITY OF
NEWPORT BEACH, CHRISTINE
MARONEY, MONICA AGUILAR,
JAMISON HUGHES AND JOSHUA
COMTE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY LAUREN WATTS,<br><br>       Plaintiff,<br><br>       v.<br><br>CITY OF NEWPORT BEACH, CHRISTINE MARONEY, MONICA AGUILAR, JAMISON HUGHES, JOSHUA COMTE, AMERICAN GROUND TRANSPORTATION, INC., a California corporation, dba 24/7 YELLOW CAB and dba 24/7 TAXI CAB, ALI KHANDANTABRIZI, and DOES 1 through, 10, inclusive,<br><br>       Defendants. | Case No. 8:17-cv-01099-AG (SKx)<br><br>The Honorable Andrew J. Guilford<br>Courtroom: 10D<br>Magistrate Judge Steve Kim<br>Courtroom: 540<br><br>**DECLARATION OF JAMES R. HIGH, M.D.**<br><br>***[Filed concurrently herewith Ex Parte Application for Mental Evaluation, Declaration of Brian Wright-Bushman and [Proposed] Order]***<br><br>Trial Date:     July 10, 2018 |

## DECLARATION OF JAMES R. HIGH, M.D.

I, James R. High, M.D., do declare:

1.  I am a medical doctor licensed to practice in the state of California.  I make this declaration on personal knowledge.  If called as a witness herein, I could and would testify competently to the matters set forth below.  I file this declaration in support of City Defendants' *Ex Parte* Application for Mental Examination of Plaintiff Under FRCP 35.

2.  I understand that the court requires my declaration as to the nature, scope and conditions of the mental examination of the proposed psychiatric examination of the Plaintiff Lauren Ashley Watts ("Plaintiff"), which I believe would be necessary and sufficient for a thorough evaluation of her severe post-traumatic stress disorder claims.

3.  Based on my knowledge and training and also based on my experience in performing over 1,000 independent medical examinations, it is my professional opinion and also my customary standard and practice to perform a face-to-face psychiatric examination of Plaintiffs when possible.

4.  My psychiatric examination portion generally takes an estimated three to four hours.  It involves history taking and observation of the Plaintiff for the purpose of gathering information in specific areas.  These include her demographic details, current complaints for which she might seek care, the history of her illness including her subjective experience of the events leading to psychiatric damages.  Further history is obtained concerning the development of psychiatric and physical symptoms, what treatments she has received, and the effect of those treatments on her symptoms.

5.  In addition to the history of the incident and psychiatric damages at issue, I also gather important information about past psychiatric and medical illnesses and difficulties, and past behavioral difficulties.  I also gather important developmental information concerning her family of origin, psychiatric and medical

ALESHIRE & WYNDER LLP
ATTORNEYS AT LAW

1   difficulties within that family, her educational background, her work history, and her

2   social development history including information about marriages and children.

3         6.  Concomitant with this examination, I am making observations and

4   inquiries necessary for a full mental status evaluation of the patient, her moods, her

5   thought processes, and thought content.

6         7.  Following my examination, the information gathering is continued by a

7   standard, validated series of psychological tests. This not only provides further

8   information about the Plaintiff's psychological damages, but also serves as a check

9   on my subjective impressions. This test battery will consist of two instruments

10  proven to give reliable and valid information about a person's mental state and

11  difficulties.  These including the Minnesota Multiphasic Personality Inventory-2

12  Restructured Form (MMPI-2-RF) and the Trauma Symptom Inventory (TSI-2).  I

13  will determine whether any other tests such as cognitive screening instruments need

14  to be administered on the day of, and based on the finds of, the psychiatric

15  examination, and notify the parties.

16        8.  The estimated time for completion of this part of the examination is

17  also approximately three to four hours.  It should be understood that these can only

18  be estimates because the speed with which the Plaintiff is able to convey the

19  information she needs to fully explain her injurious experience and the speed with

20  which she takes the tests are primarily under her control. For instance, the range of

21  time that Plaintiffs have needed to complete the MMPI in my experience has varied

22  from 40 minutes to 6 hours.

23        9.  No invasive or painful procedures will be utilized. This evaluation will

24  be conducted in conformity to FRCP 35 and applicable case law.

25        10. I am available to conduct these examinations on June 11, 2018 at 9:00

26  a.m. and have reserved this date for the Plaintiff's examination.

27        11. A true and accurate copy of my curriculum vitae is attached hereto as

28  **Exhibit A**.

1    I declare under penalty of perjury the foregoing is true and correct.

2    Executed this 30th day of May, 2018, at Santa Monica, California.

3

4

5    _____

6    James R. High, M.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01088.0036/477174.2                    -4-                    Case No. 8:17-cv-01099-AG (SKx)

DECLARATION OF JAMES R. HIGH, M.D.

# EXHIBIT A

# BEHAVIORAL DIAGNOSTICS MEDICAL GROUP, INC.
### Clinical and Consulting Psychiatry
501 Santa Monica Boulevard
Suite 400
Santa Monica, California  90401

James R. High, M.D.
Diplomate American Board
of Psychiatry and Neurology

Phone:  (310) 395-8711
Fax:     (310) 395-3098
jrhigh@drhigh.com

# CURRICULUM VITAE

Name:               James R. High, M.D.
Tax ID #:           95-3368335
Office Address:     501 Santa Monica Boulevard, Suite 400
                    Santa Monica, California  90401
Office Telephone:   (310) 395-8711
Specialty:          Adult Psychiatry

## EDUCATION:

- Indiana University, Bloomington, Indiana - B.A., Medical Science 1965

- Indiana University School of Medicine - Doctor of Medicine 1968

- Los Angeles County-University of Southern California Medical Center
    - Internship 1968-1969

- Los Angeles County-University of Southern California Medical Center,
    Resident in Psychiatry 1969-1972

- Chief Resident in Psychiatry, Los Angeles County-University of Southern
    California Medical Center 1971-1972

## LICENSURE:

Physician and Surgeon's License (State of California  #C31416)
DEA Narcotics License  #AH 4401256
Qualified Medical Evaluator - Psychiatry - State of California #001489 (1996-1998)

James R. High, M.D.
Curriculum Vitae, Page 2

## BOARD CERTIFICATION:

Diplomate, American Board of Psychiatry and Neurology --
Psychiatry, April, 1976.  Certificate No. 14829

## ACADEMIC APPOINTMENTS:

- Clinical Professor of Psychiatry --
University of Southern California Keck School of Medicine --
1976 to present

## CURRENT PROFESSIONAL ACTIVITIES:

- Private Practice -- Full time, 1972 to present

- Supervision of Senior Residents of Los Angeles County --
USC Medical Center, 1988 to present

## PAST PROFESSIONAL ACTIVITIES:

- Psychiatric Consultant – Los Angeles County Metropolitan Transit Authority --
Traumatic Injury Program, 1990 to 2002.

- Taught seminar weekly on interview techniques and psychiatric diagnostic
evaluations to USC medical students – 1977 to 1988

- Director of Adult Psychiatry – Western Institute of Human Resources – 1972.

- Staff Psychiatrist – California Department of Corrections Adult Parole Outpatient
Clinic – Los Angeles – 1971-1972.

- Teach Seminars and Supervise in USC Traumatic Stress Clinic - 2001 to 2010.
Department of Psychiatry, LAC-USC Medical Center,

## HOSPITAL AFFILIATIONS:

- LAC/USC Medical Center - Member, Professional Staff Association

James R. High, M.D.
Curriculum Vitae, Page 3

## PROFESSIONAL SOCIETY MEMBERSHIPS:

- American Psychiatric Association (Life Fellow)
- Southern California Psychiatric Society
- California Psychiatric Association
- The International Society for Traumatic Stress Studies
- American Academy of Psychiatry and the Law
- Academy of Consultation-Liaison Psychiatry
- Society for Personality Assessment

## PUBLICATIONS:

- High, J.R. (1999) Deception through Factitious Identity. Journal of Psychiatry and Law, 27, 483-547.

- High, J.R. & Armstrong, J. (1999). Guidelines for Differentiating Malingering from PTSD. National Center for PTSD Clinical Quarterly, 8(3), 46-47.

- Southwick, S.M., Morgan, C.A., Charney, D.S. & High, J.R. (1999). Yohimbine Use in a Natural Setting: Effects on Posttraumatic Stress Disorder. Journal of Biological Psychiatry, 442-444.

- High, J.R. & Armstrong, J.G. A Case of PTSD in Casebook for Abnormal Psychology. Edited by Irving Weiner. Wiley, (2003), 137-153.

## PRESENTATIONS:

- High, J.R., Armstrong, J. & Saks, E. (November 7-10, 2002). Forensic Evaluations of Complex Trauma Cases in Civil Litigation. ISTSS 18th Annual Meeting, Baltimore, MD.

- High, J.R., Dalenberg, C. & Armstrong, J. (November 7-10, 2002). Counter Transference in Complex PTSD. ISTSS 18th Annual Meeting, Baltimore, MD.

- High, J.R. (July 12, 2000). Factitious Identity Disorder. Presented In Symposium - False Memory and False Litigants. XXV Congress International Academy of Law and Mental Health, Siena, Italy.

- High, J.R. (November 20-23, 1998). Trauma Deception and Impaired Attachment. In Symposium; True Lies, False Memories in Munchausen's Syndrome, Dissociation & Trauma. Ending Cycles of Violence, XIV Annual Meeting, International Society for Traumatic Stress Studies, Washington, D.C.

James R. High, M.D.
Curriculum Vitae, Page 4

.   High, J.R., Armstrong, J.G. & Dahlenberg, C. (November, 1997).  Management and Treatment of Dissociative Symptoms in Post-Traumatic Stress Disorder Patients.  <u>Invited Institute, Annual Meeting, International Society for Traumatic Stress Studies</u>, Montreal, Canada.

.   High, J.R. (1997).  "Doyle v. Superior Court of Santa Clara County" - Implications for Civil Litigation in California.  <u>Biannual Meeting, American Academy of Psychiatry and Law, Southern California Chapter</u>.

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18881 Von Karman Avenue, Suite 1700, Irvine, CA 92612.

On May 31, 2018, I served true copies of the following document(s) described as **DECLARATION OF JAMES R. HIGH, M.D.** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2018, at Irvine, California.

_____
Carla Durkee

01088.0036/477174.2

-1-

CERTIFICATE OF SERVICE

Case No. 8:17-cv-01099-AG (SKx)

**SERVICE LIST**
*Ashley Lauren Watts v. City of Newport Beach, et al.*
**Case No. USDC, Case No. 8:17-cv-01099-AG (SKx)**

| | |
|---|---|
| Jerry L. Steering, Esq.<br>LAW OFFICES OF JERRY L. STEERING<br>4063 Birch Street, Suite 100<br>Newport Beach, CA  92660 | Attorneys for Plaintiff<br>ASHLEY LAUREN WATTS<br><br>Tel: (949) 474-1849<br>Fax: (949) 474-1883<br>Email: jerrysteering@yahoo.com |
| Paul J. Nolan, Esq.<br>Stephanie Mavromatis, Esq.<br>WOOD, SMITH, HENNING & BERMAN LLP<br>9333 Fairway, View Place, Suite 200<br>Rancho Cucamonga, CA  91730-3824 | Attorneys for Defendant<br>AMERICAN GROUND TRANSPORTATION, INC. dba 24/7 YELLOW CAB and dba 24/7 TAXI CAB<br><br>Tel: (909) 987-5240<br>Fax: (909) 987-5230<br>Email: pnolan@wshblaw.com<br>Email: smavromatis@wshblaw.com |
| Matthew Lewis, Esq.<br>Cameron Dowlatshahi, Esq.<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA  90071 | Attorney for Defendant<br>ALI KHANDANTABRIZI<br><br>Phone: (213) 620-7748<br>Phone: (213) 620-7838<br>Email: mlewis@whitecase.com<br>Email:<br>camron.dowlatshahi@whitecase.com |




ALESHIRE &
WYNDER LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28