Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849; (949) 474-1883 Fax
jerrysteering@yahoo.com
Attorney for Plaintiff Ashley Lauren Watts

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY LAUREN WATTS, | Case No.: 8:17−cv−01099−RGK−SK |
|---|---|
| Plaintiff, | **NOTICE OF CASE SETTLEMENT** |
| vs. | PRE-TRIAL CONFERENCE DATE: |
| CITY OF NEWPORT BEACH, CHRISTINE MARONEY, MONICA AGUILAR, JAMISON HUGHES, JOSHUA COMTE, AMERICAN GROUND TRANSPORTATION, INC., a California corporation, dba 24/7 YELLOW CAB and dba 24/7 TAXI CAB, ALI KHANDANTABRIZI, and DOES 1 through 10, inclusive, | AUGUST 3, 2020 |
| | TRIAL DATE: |
| | AUGUST 18, 2020 |
| | **UNITED STATES DISTRICT JUDGE R. GARY KLAUSNER** |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ashley Lauren Watts and all defendants in this action have reached a settlement of all claims in this action between and among them. The parties will be filing a stipulation for dismissal pursuant to F.R.Civ.P. 41.

Dated: July 23, 2020           __/s/_ Jerry L. Steering_____
                               JERRY L. STEERING, ATTORNEY FOR
                               PLAINTIFF ASHLEY LAUREN WATTS

NOTICE OF CASE SETTLEMENT

1