Jerry L. Steering (SBN 122509)
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849; (949) 474-1883 Fax
jerrysteering@yahoo.com
Attorney for Plaintiff Ashley Lauren Watts

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LAUREN WATTS, | Case No.: 8:17−cv−01099−RGK−SK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION (F.R.Civ.P. 41(a)(1)(A))** |
| vs. | |
| CITY OF NEWPORT BEACH, CHRISTINE MARONEY, MONICA AGUILAR, JAMISON HUGHES, JOSHUA COMTE, AMERICAN GROUND TRANSPORTATION, INC., a California corporation, dba 24/7 YELLOW CAB and dba 24/7 TAXI CAB, ALI KHANDANTABRIZI, and DOES 1 through 10, inclusive, | PRE-TRIAL CONFERENCE DATE: AUGUST 3, 2020 TRIAL DATE: AUGUST 18, 2020 |
| Defendants. | **UNITED STATES DISTRICT JUDGE R. GARY KLAUSNER** |

**COME NOW** all parties to this action, pursuant to F.R.Civ.P. 41(a)(1)(A), plaintiff Ashley Lauren Watts, by and through her counsel of record, Jerry L. Steering, Law Office of Jerry L. Steering, defendants City of Newport Beach, Christine Maroney and Monica Aguilar, by and through their counsel of record, Anthony R. Taylor, Aleshire & Winder LLP, defendant American Ground Transportation, Inc., a California Corporation doing business as 24-7 Yellow Cab

doing business as 24-7 Taxi Cab, by and through its counsel of record, Andrea Marie Naccache, Wood Smith Henning and Berman LLP, and defendant Ali Khandantabrizi, by and through his counsel of record, Matthew Lewis, White & Case LLP, and stipulate and agree to dismiss this entire action, WITH PREJUDICE; all parties to bear their own attorney's fees and costs, save the settlement reached for monetary recovery by plaintiff Ashley Lauren Watts from defendants City of Newport Beach, Christine Maroney, Monica Aguilar, and save the settlement reached for monetary recovery by plaintiff Ashley Lauren Watts from defendant American Ground Transportation, Inc., a California corporation, dba 24/7 Yellow Cab and dba 24/7 Taxi Cab.

**IT IS SO STIPULATED:**

LAW OFFICE OF JERRY L. STEERING

Dated: July 27, 2020        __/s/__ *Jerry L. Steering*_____
JERRY L. STEERING, ATTORNEY FOR
ASHLEY LAUREN WATTS

ALESHIRE & WYNDER, LLP

Dated: July 27, 2020        __/s/___ *Anthony R. Taylor*_____
ANTHONY R. TAYLOR, ATTONEY
FOR DEFENDANTS CITY OF NEWPORT
BEACH, CHRISTINE MARONEY and
MONICA AGUILAR

WOOD SMITH HENNING AND BERMAN LLP

Dated: July 27, 2020        __/s/__ *Andrea Marie Naccache*_____
ANDREA MARIE NACCACHE, ATTORNEY
FOR DEFENDANT AMERICAN GROUND
TRANSPORTATION, INC., a CALIFORNIA
CORPORATION doing business as 24-7
YELLOW CAB doing business as 24-7
TAXI CAB

STIPULATION FOR DISMISSAL OF ACTION
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHITE & CASE LLP

Dated: July 27, 2020          ___/s/    Matthew Lewis _____
                              MATTHEW LEWIS, ATTORNEY FOR
                              DEFENDANT ALI KHANDANTABRIZI

STIPULATION FOR DISMISSAL OF ACTION